E-FILED
Wednesday, 07 August, 2013 02:04:59 PM
Clerk, U.S. District Court, ILCD

AUG 07 2013

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 13-20042 |
| v. ) | Vio: 18 U.S.C. § 371 |
| ) | 26 U.S.C. § 5841 |
| LINDA SUE CURTIS, ) | 26 U.S.C. § 5861(d) |
| a/k/a SUSIE CURTIS ) | 26 U.S.C. § 5871 |
| Defendant. ) | 18 U.S.C. § 2 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count 1
### Conspiracy to Possess an Unregistered Destructive Device

1.  From on or before March 29, 2011, and continuing through at least December 13, 2011, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

**LINDA SUE CURTIS,**

did knowingly and intentionally conspire with Lloyd Lockwood to possess an unregistered destructive device, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 and Title 18, United States Code, Section 2.

### Objects of the Conspiracy

2.  The objects of this criminal conspiracy included possession of an unregistered destructive device, making it appear that the victim, B.G., possessed the

device, and for the conspirators to do so without detection by law enforcement authorities.

## Means and Methods of the Conspiracy

3.  Among the means and methods by which the conspirators conducted and participated in the criminal conspiracy are the following:

   a.  The conspirators obtained a destructive device, namely, a pipe bomb, which they intended to the plant on B.G.

   b.  The conspirators falsely reported to authorities that B.G. intended to cause an explosion at his place of employment and that he possessed a bomb.

   c.  The conspirators falsely denied the existence of the conspiracy and falsely denied being associated with any acts in furtherance of the conspiracy.

## Acts in Furtherance of the Conspiracy

4.  In furtherance of the criminal conspiracy and to effect the object thereof, in the Central District of Illinois and elsewhere, the defendant and others known to the grand jury committed and caused to be committed certain acts, including, but not limited to, the following:

   a.  On or about March 29, 2011, the defendant provided Lloyd Lockwood with a destructive device, that is, a pipe bomb.

   b.  On or about March 30, 2011, Lloyd Lockwood drove from Bloomington, Illinois, to Decatur, Illinois, where he placed the destructive device in the mailbox of B.G.

      c.      On or about March 30, 2011, Lloyd Lockwood placed an anonymous 911 call via pay phone in Decatur. During that call, Lloyd Lockwood stated that B.G. was "talking 'bout blowing his job up today and he got the bomb."

      d.      On or about April 1, 2011, the defendant, immediately after being interviewed by law enforcement, placed a call to Lloyd Lockwood.

      e.      On or about December 13, 2011, the defendant authored a letter to her employer denying that she was involved in any "pipe bomb" plot and claiming that she "should not be a subject of any investigation involving a 'pipe bomb.'" Attached to the defendant's letter is an affidavit of Lloyd Lockwood, in which he denies being "involved with pipe bombs or threats or allegations against other people."

All in violation of Title 18, United States Code, Sections 371 and 2.

## Count 2
## Possession of an Unregistered Destructive Device

On or about March 30, 2011, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

**LINDA SUE CURTIS,**

knowingly possessed a destructive device, that is, a pipe bomb, not registered to her in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 and Title 18, United States Code, Section 2.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Eric Long

for JAMES A. LEWIS
UNITED STATES ATTORNEY
JMB