IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Docket |
| | ) | No. 13-20042 |
| | ) | |
| LINDA SUE CURTIS | ) | |
| a/k/a SUSIE CURTIS, | ) | |

**MOTION TO CONTINUE**

**NOW COMES** Defendant, Linda Sue Curtis, by and through her attorney, Harold M. Jennings, of Jennings, Lindsay & Luckman, LLC, and respectfully requests a continuance of the Status Conference set for June 26, 2014, at 1:30 p.m., and in support thereof, states as follows:

1. Attorney Harold M. Jennings, is scheduled to have surgery on June 26, 2014.

2. Attorney Harold M. Jennings has discussed the requested continuance with Defendant, Linda Sue Curtis, and defendant has no objection continuing the June 26, 2014, Status Conference.

3. That AUSA Jason Bohm has no objection to continuing the above Status Conference.

4. That it is in the interest of justice that the June 26, 2014, Status Conference be continued.

**WHEREFORE**, Defendant, Linda Sue Curtis, respectfully requests entry of an order continuing the June 26, 2014, Status Conference hearing until a date and time decided by the Court.

Respectfully submitted,
Linda Sue Curtis, Defendant


By: s/  Harold M. Jennings
    Harold M. Jennings
    Attorney for Defendant
    318 W. Washington
    Bloomington, IL 61701
    Telephone: (309) 827-5425
    Fax: (309) 827-5460
    E-mail: Hal@jlllaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason M. Bohm                    jason.bohm@usdoj.gov


Linda Sue Curtis, Defendant

By: s/  Harold M. Jennings
    Harold M. Jennings
    Attorney for Defendant
    318 W. Washington St.
    Bloomington, IL 61701
    Telephone: (309) 827-5425
    Fax: (309) 827-5460
    E-mail: Hal@jlllaw.com


Harold M. Jennings
Jennings, Lindsay & Luckman, LLC
318 W. Washington St.
Bloomington, IL 61701
Telephone: (309) 827-5425
Fax: (309) 827-5430