

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
INDIANAPOLIS FIELD OFFICE
151 N. DELAWARE STREET, SUITE 710
INDIANAPOLIS INDIANA

## STATEMENT OF EXPLOSIVES TECHNOLOGY BRANCH

To: Special Agent Thomas E. Dart  
Bureau of Alcohol, Tobacco, Firearms and Explosives  
3161 West White Oaks Drive, Suite 200  
Springfield, IL 62704

I/N: 772055-11-0064

Date: March 27, 2012

As requested, the following items were evaluated in order to form an opinion as to the design, construction, functioning, effects, and technical classification of the materials involved in this investigation.

### ITEMS SUBMITTED FOR ANALYSIS OR EVALUATION

**Item 1.** ATF Report of Investigation 772055-11-0064, dated March 31, 2011.

**Item 2.** State of Illinois Laboratory Report, number S11-004142 dated May 31, 2011.

**Item 3.** ATF Report of Laboratory Examination, number 11N0321 dated August 18, 2011.

**Item 4.** Physical evidence relating to this investigation examined by ETB on March 23, 2011.

### DEVICE DESIGN AND CONSTRUCTION

The materials examined in this investigation are consistent with an improvised explosive weapon, commonly known as a pipe bomb. This device consisted of a length of metal pipe sealed at each end with metal end caps and filled with a quantity of explosive powder identified by laboratory analysis as a mixture of potassium perchlorate, potassium nitrate and sulfur. One of the end caps had been modified by having a hole drilled into the faceplate and two lengths of multi-strand wire attached to a model rocket igniter inserted into the hole as a means of initiation.

### DEVICE FUNCTIONING AND EFFECTS

This device was designed to function by explosion. Applying a source of electricity to the ends of the multi strand wire inserted into this device would function the model rocket igniter, further igniting the explosive powder causing the pipe to explode. This explosion would produce blast and thermal effects and propel metal fragments in all directions at significant velocities. This device would be capable of causing property damage, serious injury or death to persons near the explosion.

ATF F 3324.1 (1-2005)                                           Page 1 of 2       Pages

EXHIBIT 1

00081

STATEMENT OF EXPLOSIVES TECHNOLOGY BRANCH
(Continuation Sheet for ATF F 3324.1)

-2-

I/N 772055-11-0064

## OPINION

Based upon the above, it is the opinion of the undersigned that the materials submitted for examination are consistent with an improvised explosive weapon, commonly known as a pipe bomb, and would be properly identified as an explosive bomb. Explosive bombs are destructive devices as that term is defined in 26 U.S.C. section 5845 (f).

[signature] 3/27/12
Submitted by: Michael L. Eggleston
Explosives Enforcement Officer

[signature] 4/4/2012
Reviewed by: Richard J. Campbell
Supervisory, Explosives Enforcement Officer

[signature] 4/9/2012
Approved by: Kenneth C. Erickson
Acting Chief, Explosives Technology Branch

ATF F 3324.1A (1-2001)