PS 40 (Rev. 08/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

Illinois Central

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
SA-17, 4th Floor
Washington, DC 20522-1704

**FROM:** Patrick M. Howard
100 N.E. Monroe St
Suite 314
Peoria, IL 61602-1022

☒ **Original Notice**

**Date:** 09/11/2013

**By:** USPO Patrick M. Howard

☒ **Notice of Disposition**

**Date:** 01/09/15

**By:** USPO Alexander Morris

---

Defendant   Linda Sue Curtis

Case Number:   [0753 2:13CR20042]-[001]

Date of Birth:   1957
SSN:   2181

Place of Birth:   Albany, Kentucky, United States

---

**Notice of Court Order**   (Order Date: 09/10/2013)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 24626004167 and/or passport card number _____ to the custody of the U.S. District Court on 09/10/2013.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court